UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Joel Garcia-Hernandez ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08mj2141 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 19794198 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**)

Nohemi Bautista-Lucatero # 09889298

DATED: 7/24/08

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by /s/ Deputy Clerk