AO 455 (Rev. 5/85)  Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN  DISTRICT OF CALIFORNIA

JUL 2 4 2008

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| JOEL GARCIA-HERNANDEZ | CASE NUMBER: _08CR2457-IEG_ |

I, JOEL GARCIA-HERNANDEZ, the above-named defendant, who is accused of committing the following

offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8,
United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court

on _7/24/2008_ prosecution by indictment and consent that the proceeding may be by information rather

than by indictment.

x _____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer